U.S. Federal District Court for State of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 JAN -7 P 4:09
STEPHEN C. DRIES
CLERK

IN RE United States Commerce
Alvin Faulkner # 0898792 *
Western Correctional Inst.
13800 McMullen Highway S.W. *
Cumberland, Maryland 21502
et al. *

    petitioner

                                               **20-C-0026**

    vs                                   Civil No.

United States Marshal Services
3817 Iensa Ave *
Baltimore, Maryland
(301) 812-4102 *

    respondents

* * * * * * *

## Petition For Writ of Habeas Corpus

In Re United States Commerce, petitioner Alvin Faulkner* sid 0898792, pursuant to Article I section 9 of United States Constitutional, in conjunction with 28 U.S.C. 2241 seq., respectfully moves this Honorable Court not to suspend the great Writ of Liberation/Habeas Corpus, but exercise both courts authority and Jurisdiction and review constitutional authoritated Federal Public Record, and grant this writ as reasons here fore say:

## Authority for Granting Federal Habeas Corpus

It is well settled that in order for a prisoner to prevail on a Federal Habeas Corpus, the prisoner must first demonstrate that he was deprived of life, liberty or property by Governmental Action, Beverati vs. Smith, (4th 1997) 120 F.3d 500 at 502.

A Federal Court exercing Habeas Corpus Jurisdiction is limited to deciding whether a Prisoners' Custody is in violation of the Constitution or Laws of the United States 28 U.S.C. § 2241; Rose vs. Hodges, (1975) 423 U.S. 19 at 12.

28 U.S.C. § 2241(c)(3)(2012), that Writ of Habeas Corpus may issue when prisoner is in Custody in violation of the Constitution or laws . . . . of the United States.

The issue presented on Federal Habeas Corpus, mandates petitioner unconditional Release, under the authority and Jurisdiction of Federal Public Record.

## Issue Presented for Federal Habeas Corpus Relief

The issue and Grounds for Relief outlined in this Petition for Habeas Corpus Relief, originated in the Executive Branch of Maryland Division of Correction D.O.C.# 186-774 on November 7, 2016 at Brockbridge Minimum Security Correctional Institution in Jessup, Maryland. The issue presented United States Marshal Service Attempted to execute United States Pardon# 3011897210, Commuting petitioner Alvin Faulkner srd 0898292 prison term under D.O.C#

186-774 restoring Petitioner constitutional Liberty Right;

## Grounds for Issuance Petition
### For Habeas corpus Relief

Petitioner moves this court to grant Writ of Liberation Habeas corpus, the grounds and Facts center around U.S. Attorney General contract # 1215 dated october 2016. the Term of Contract # 1215 is as follow: IN exchange for issuances and execution of october 3, 2016, United State Pardon # 301897210 Authority unconditional Release of petitioner Alvin Faulkner # sid 0898792 From Maryland State Division of correction, restoring petitioner Constitutional Liberty Interest. Petitioner Alvin Faulkner sid # 0898792 Would sign-over copy write of 3 Point Federal Patten Soft-ware computer program owned by the Petitioner.

The execution and issuance of U.S. Pardon # 301897210 has been obstructed and service never made by U.S. Marshal service

Wherefore, petitioner move this court to inquiry into Federal Public Record, and grant this Writ of Habeas corpus

Respectfully Submitted

Alvin Faulkn

Certificate of Service

I Hereby Certify on this 30th day of December 2019, a copy of this Writ was mailed postage pre-paid to U.S. District Court for State of Wisconsin

Ali Faulkner